# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30492
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 16, 2018

Lyle W. Cayce
Clerk

STACY MICHAEL MEAUX,

Plaintiff-Appellant

v.

STATE OF LOUISIANA,

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:17-CV-206

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Stacy Michael Meaux, a former Louisiana prisoner, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim for which relief may be granted. The district court concluded that Meaux's claims that he received inadequate medical care while incarcerated in the St. Mary Parish prison were time barred and that it lacked jurisdiction over claims arising out of his imprisonment in Tangipahoa Parish because that parish is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30492

not geographically located within the Western District of Louisiana.  Our review is de novo.  *Rogers v. Boatright*, 709 F.3d 403, 407 (5th Cir. 2013).

On appeal, Meaux does not address the reasons for the district court's dismissal of his claims.  While we construe pro se briefs liberally, issues not briefed are considered waived.  *Hughes v. Johnson*, 191 F.3d 607, 613 (5th Cir. 1999); *Turner v. Quarterman*, 481 F.3d 292, 295 n.1 (5th Cir. 2007).  We will not raise and discuss legal issues that the appellant has failed to assert.  Meaux's failure to identify any error in the district court's findings is the same as if he had not appealed the issue.  *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).  By failing to address the district court's reasons for dismissing his claims, Meaux has abandoned them.  *See Turner*, 481 F.3d at 295 n.1; *see also Brinkmann*, 813 F.2d at 748.

Accordingly, the district court's judgment is affirmed.  With his appeal, Meaux filed a motion to compel the State of Louisiana to investigate an unspecified illegal entry.  That motion is denied.

AFFIRMED; MOTION DENIED.